UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11-00124 |
| VERSUS | JUDGE ROBERT G. JAMES |
| COREY L. MOSES | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pending before the Court is a letter motion [Doc. No. 41] filed by Defendant Corey L. Moses ("Moses"), *pro se.* Moses is a pre-trial detainee. His case is set for trial on December 3, 2013. In his letter, Moses moves the Court to take some action based on his alleged lack of access to the law library at the detention center where he is currently housed.

First, the Court finds that the motion was improperly filed. Moses is represented, and his attorney must file any motions with the Court.

Second, Moses has not been denied his constitutional rights, whether or not he is given the law library access he desires. Prisoners have a constitutional right to access the courts. *See Bounds v. Smith*, 430 U.S. 817, 821 (1977). "[P]rison law libraries and legal assistance programs are not ends in themselves, but only the means for assuring 'a reasonably adequate opportunity to present claimed violations of fundamental constitutional rights to the courts.'" *Lewis v. Casey*, 518 U.S. 343, 351 (1996) (quoting *Bounds*, 430 U.S. at 825). Where, as here, a criminal defendant "is represented by counsel, he will be able to present matters for decision to the court through motions filed by his attorney." *See Tarter v. Hury*, 646 F.2d 1010, 1014 (5th Cir.1981) (dismissing a complaint for failure to state a claim on this basis). Thus, even if this motion were properly filed,

Moses has not suffered an injury requiring a remedy from this Court. Therefore,

IT IS ORDERED that Moses' motion [Doc. No. 41] is DENIED.

MONROE, LOUISIANA, this 10th day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE