UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 11-0124 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| COREY L. MOSES | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the Defendant Corey L. Moses, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts Defendant Corey L. Moses's admittance of, and agreement to forfeit his interest in any contraband referenced in Count Two of the indictment pursuant to the statute under which he is charged.

THUS DONE AND SIGNED this 21st day of February, 2014, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE