UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 11-00124-01 |
| VERSUS | : | JUDGE ROBERT G. JAMES |
| COREY L. MOSES | : | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 164] having been considered, together with the written objections thereto filed with this Court [Doc. No. 168], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 139] filed by Defendant Corey L. Moses is **DENIED**.

**MONROE, LOUISIANA, this 31st day of August, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE